THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br>                 Plaintiff, <br><br> v. <br><br> ROMERO GENERAL CONSTRUCTION CORP., a California corporation, <br><br>                 Defendant. | NO.    C10-0070-RSM <br><br> JUDGMENT |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Romero General Construction Corp. |
| Principal Judgment Amount: | $7,783.20 |
| Interest to Date of Judgment: | $39.98 |
| Attorneys Fees: | $432.00 |
| Costs: | $437.00 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | 0.44% per annum pursuant to 28 U.S.C. § 1961 |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, Pedersen, McCarthy & Ballew, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, Pedersen, McCarthy & Ballew, L.L.P., Defendant not being represented, and the Court having reviewed the

records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff by Defendant for its inclusive employment of members of the bargaining unit represented by Local 36, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust:  for contributions of $6,486.00, for liquidated damages of $1,297.20, for pre-judgment interest of $39.98, for attorneys' fees of $432.00, and for costs of $437.00; all for a total of $8,692.18, together with interest accruing thereupon at the rate of 0.44% per annum, pursuant to 28 U.S.C. § 1961, from the date of entry hereof until fully paid.

Since the foregoing contribution amounts are based on information provided Plaintiff in the Defendant's remittance reports for the period December 2009 through September 2009 alone and those amounts have not been verified through an independent audit, this judgment shall not foreclose Plaintiff, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys' fees for the time period October 2009 through January 2010, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than October 2009 through January 2010.

JUDGMENT ENTERED this 27 day of April 2010.


_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE


Presented for Entry by:


__/s/_____
Russell J. Reid, WSBA #2560
of Reid, Pedersen, McCarthy & Ballew, L.L.P.
Attorneys for Plaintiff